**No. 41952.**—Petition 5429–R of Jose A. Montemayor e Hijos (Laredo).

Opinion by TILSON, J.   From the record it was found that there was no intention to defraud the revenue or to conceal or misrepresent the facts.   The petition was therefore granted.

BEFORE THE SECOND DIVISION, AUGUST 18, 1939

**No. 41953.**—Protest 111724–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel embroidered articles similar to those involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) and *Pustet* v. *United States* (13 id. 530, T. D. 41396), Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), embroidered scarfs in part of beaded fringes, and filet lace articles similar to those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430.   Merchandise in chief value of cellulose filaments the same as those the subject of Abstract 37230 was held dutiable at 60 percent under paragraph 31.

**No. 41954.**—Protests 228881–G, etc., of Gimbel Bros. (New York). '

Opinion by TILSON, J.   In accordance with stipulation of counsel filet laces similar to those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), Normandy laces like those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), and Saxony laces similar to those passed upon in *Beyda* v. *United States* (T. D. 46177) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41955.**—Protests 211392–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) and Normandy laces like those the subject of *Amrein* v. *United States* (T. D. 49551).   The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41956.**—Protest 165976–G of S. Shawiry (New York).

Opinion by TILSON, J.   From the record it was found that certain items are similar to those involved in *Amrein* v. *United States* (T. D. 49551).   The claim at 75 percent under paragraph 1430 was therefore sustained.